DAVID E. ALLEN, Appellant, v. ISAAC OPPENHEIM and ANNIE DAVIDSON, Respondents.— Judgment of the City Court of Yonkers unanimously

affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.